**DOVEL & LUNER, LLP**
Jonas B. Jacobson (SBN 269912)
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Email: jonas@dovel.com
Tel: 310-656-7066
Fax: 310-656-7069
*Attorneys for Plaintiffs*

**DAVIS WRIGHT TREMAINE LLP**
JACOB M. HARPER (State Bar No. 259463)
jacobharper@dwt.com
JAMES H. MOON (State Bar No. 268215)
jamesmoon@dwt.com
PETER K. BAE (State Bar No. 329158)
peterbae@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

*Attorneys for Defendant*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL DAVIS and RHIANA CALKINS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>  v.<br><br>THE KROGER CO.,<br><br>                    Defendant. | Case No. 2:22-cv-02082-MEMF-RAO<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

1  The above-captioned parties hereby stipulate to dismiss all Plaintiffs April Davis and Rhiana Calkins' claims against Defendant The Kroger Co., with prejudice. *See* Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The claims of putative class members are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:  March 28, 2025          **DOVEL & LUNER, LLP**


                                By:   /s/ *Jonas B. Jacobson*
                                        Jonas B. Jacobson

                                Jonas B. Jacobson (SBN 269912)
                                Simon Franzini (SBN 287631)
                                201 Santa Monica Blvd., Suite 600
                                Santa Monica, CA 90401
                                Email: jonas@dovel.com
                                Email: simon@dovel.com
                                Tel: 310-656-7066
                                Fax: 310-656-7069

                                **BURSOR & FISHER, P.A**.
                                Timothy Fisher
                                1990 North California Blvd., Suite 940
                                Walnut Creek, CA 94596
                                Telephone: (925) 300-4455
                                Facsimile:  (925) 407-2700
                                Email: <ltfisher@bursor.com>

                                **LAW OFFICES OF TODD M. FRIEDMAN**
                                Todd M. Friedman (SBN 216752)
                                21031 Ventura Blvd., Suite 340
                                Woodland Hills, Ca 91364
                                Telephone: 323-306-4234
                                Email:tfriedman@toddflaw.com

|   |   |   |
|---|---|---|
| 1 |   | **LEVI & KORSINSKY, LLP** |
| 2 |   | Mark S. Reich (admitted *pro hac vice*) |
|   |   | Courtney E. Maccarone (admitted *pro hac vice*) |
| 3 |   | 55 Broadway, 10th Floor |
| 4 |   | New York, NY 10006 |
|   |   | Telephone: 212-363-7500 |
| 5 |   | Facsimile: 212-363-7171 |
| 6 |   | Email: mreich@zlk.com |
|   |   | Email: cmaccarone@zlk |
| 7 |   |   |
| 8 |   |   |
|   |   | *Counsel for Plaintiffs* |
| 9 |   |   |
| 10 | Dated: March 28, 2025 | **DAVIS WRIGHT TREMAINE LLP** |
| 11 |   |   |
| 12 |   | By:  /s/ *Jacob M. Harper* |
|   |   |         Jacob M. Harper |
| 13 |   |   |
| 14 |   | JACOB M. HARPER (State Bar No. 259463) |
|   |   | jacobharper@dwt.com |
| 15 |   | JAMES H. MOON (State Bar No. 268215) |
|   |   | jamesmoon@dwt.com |
| 16 |   | PETER K. BAE (State Bar No. 329158) |
|   |   | peterbae@dwt.com |
| 17 |   | 865 South Figueroa Street, 24th Floor |
| 18 |   | Los Angeles, California 90017-2566 |
|   |   | Telephone: (213) 633-6800 |
| 19 |   | Facsimile: (213) 633-6899 |
| 20 |   | *Counsel for Defendant* |

JOINT STIPULATION FOR DISMISSAL
CASE NO. 2:22-CV-02082-MEMF-RAO

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Jonas Jacobson, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

                                    */s/ Jonas B. Jacobson*
                                    Jonas B. Jacobson